Eschert *vs.* Harrison.

## No. 6253.

### MRS. G. WEYSHAM VS. PIERRE DEJEAN.

Where furniture was bought before the marriage, the future husband giving his notes for the price, and the marriage contract stipulated that all debts contracted by either spouse previous to the marriage should remain the debt of the one by whom it was contracted, the furniture thus bought is the property of the husband, and is liable for his debts.

APPEAL from the Fifth District Court of New Orleans.     CULLOM, J.

*Seghers* and *Schmidt* for Plaintiff.     *Chretien* for Defendant Appellant.

WHITE, J., delivered the opinion reversing the judgment.

## No. 6784.

### THEODORA ESCHERT VS. W. C. HARRISON ET AL.

A sheriff, who is made a party to an injunction only for the purpose of notifying him that the execution of the writ has been suspended, need not be made a party to the appeal from the judgment below.

When the appeal bond is not dated, the date of the filing supplies the omission.

When the bond is not for any sum whatever but is blank, the omission is not fatal. The bond is read in connection with the order of court, and the law implies that it was given for the sum designated.

The payee of the bond is the clerk of the "5th. Dt. Ct.," by which is meant the Fifth District Court. This slip-shod mode of designating the officer is cured by the mention of the name of the court properly in another part of the bond.

An injunction of the sale of property, seized by the sheriff under execution against a debtor, based upon the allegation that the plaintiff in injunction is the owner of the property, and that she acquired it from her husband, the judgment debtor, by a *dation en paiement* in settlement of her paraphernal rights, when met by a denial that she is a wife, supported by proof that a legal marriage between herself and the judgment debtor could not have been solemnized, will be dissolved with damages.

APPEAL from the Fifth District Court of New Orleans.     CULLOM, J.

*Labatt & Clinton* for Plaintiff Appellant.     *G. L. Hall* for Defendant.

MANNING, C. J., delivered the opinion on the motion to dismiss, and MARR, J., on the merits affirming the judgment.